**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Benjamin "B.J." Reynolds, Mark Mewshaw, Wes Hobbs, and Terra Energy Partners LLC v. Sanchez Oil and Gas Corp., Sanchez Energy Corp., and Sanchez Production Partners LP

Appellate case numbers: 01-18-00940-CV

Trial court case number: 2016-18909

Trial court: 11th District Court of Harris County

Appellants, Benjamin "B.J." Reynolds, Mark Mewshaw, Wes Hobbs, and Terra Energy Partners LLC, have filed a motion to extend time for the parties' supplemental briefs in this case on remand from the Texas Supreme Court. The motion is unopposed and seeks to extend all parties' supplemental briefing deadlines by two weeks. Accordingly, the Court **grants** the motion. The parties shall comply with the following briefing schedule and word limits:

| | |
|---|---|
| March 11, 2022 | Appellants' supplemental brief due (limit of 5,000 words) |
| April 15, 2022 | Appellees' supplemental responsive brief due (limit of 5,000 words) |
| May 6, 2022 | Appellants' supplemental reply brief due (limit of 2,500 words) |

It is so ORDERED.

Judge's signature:  /s/  April L. Farris
☑ Acting individually    ☐ Acting for the Court

Date: March 1, 2022